FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE VERITEL HUGHES,<br><br>           Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>           Respondent. | No.  CV 08-627-VAP (AGR)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 16, 2008

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE